**Opinion issued April 27, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-01018-CR

———————————

**DANZIL DSOUZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1512277**

---

## MEMORANDUM OPINION

Appellant, Danzil Dsouza, has filed a motion to dismiss the appeal. The motion complies with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal.  *See id.* 43.2(f).  We dismiss any pending motions as moot.

We direct the Clerk to issue the mandate within ten days of the date of this opinion.  *See id.* 18.1.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.

Do not publish.  TEX. R. APP. P. 47.2(b).